# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV14-03825 JAK (CWx) | Date | October 8, 2014 |
| Title | Angel Ortiz Diamond v. MacDonald Corp., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH L.R. 41-6**
**JS-6**

An Order to Show Cause re Dismissal was filed on September 17, 2014 ordering Plaintiff either to: (i) respond in writing no later than October 1, 2014 as to why the matter should not be dismissed for lack of prosecution and failure to apprise the Court of Defendant's current contact information; or (ii) serve the summons and complaint pursuant to Fed. R. Civ. P. 4(m). There has been no response filed to the Order to Show Cause, a proof of service has not been filed indicating that the summons and complaint have been served on Defendants or their respective counsel, and a notice has not been filed with respect to the Defendant's current address and phone number. Therefore, the Court dismisses the matter for lack of prosecution, failure to comply with L.R. 41-6, and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak