UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DIAMOND, II,<br><br>  Plaintiff,<br><br>v.<br><br>MAC DONALD CORP., et al.,<br><br>  Defendants. | CASE NO. CV 14-03825 JAK (CWx)<br><br>**JUDGMENT**<br><br>**JS-6**<br><br>Judge: Hon. John A. Kronstadt<br>    Courtroom 750 |

    Pursuant to the Court's granting of Defendant County of Los Angeles' Motion to Dismiss Plaintiff's Second Amended Complaint on June 16, 2015, and the Plaintiff's failure to file an amended complaint as ordered by the Court,

    IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice as to Defendants, County of Los Angeles and City of Los Angeles.

DATED: April 29, 2016

_____
HON. JOHN A. KRONSTADT
United States District Judge

- 1 -